| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DUBOIS, JAN E. | U.S.D.C., E.D., PA | 07/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, U.S.D.C. | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 12613 U.S. COURTHOUSE 601 MARKET STREET PHILADELPHIA, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Dubois, Jane E.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | New York Intellectual Property Law Association | March 25, 2010 | New York City, New York | Annual Dinner | The Waldorf-Astoria (meals, garage and hotel) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 07/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 10. General Electric Co. | C | Dividend | M | T | | | | | |
| 2. 58. Home Depot Inc. (5) IRA | B | Dividend | L | T | | | | | |
| 3. 59. Intel Corp. (5) IRA | B | Dividend | L | T | Buy (add'l) | 04/20/10 | K | | |
| 4. 69. Merck & Co. (5) (42) IRA | C | Dividend | M | T | Buy (add'l) | 04/20/10 | K | | |
| 5. 80. Emerson Electric Co. (9) | B | Dividend | L | T | | | | | |
| 6. 88. South Jersey Ind. Inc. (9) | | None | | | Sold | 03/02/10 | K | E | |
| 7. 94. Wells Fargo (10) | A | Interest | J | T | | | | | |
| 8. 99. NCR Corporation (51) | | None | J | T | | | | | |
| 9. 102. CitiGroup (5) IRA | | None | K | T | Buy (add'l) | 03/04/10 | K | | |
| 10. 125.Citigroup(S)(9)(35) | | None | J | T | | | | | |
| 11. 134. Oracle Corp. (5) IRA | A | Dividend | L | T | | | | | |
| 12. 137. Cisco Sys Inc. (5) IRA | | None | M | T | | | | | |
| 13. 139. Visteon Corp. )(9)(36) | | None | | | Redeemed | 10/05/10 | J | | |
| 14. 141. Zimmer Hldgs. Inc. (38) | | None | | | Sold | 12/21/10 | J | B | |
| 15. 142. Zimmer Hldgs. Inc. (38) | | None | | | Sold | 12/21/10 | J | B | |
| 16. 145. IL HLTH FAS-A BE (07-01-10) | B | Interest | | | Redeemed | 07/01/10 | K | | |
| 17. 152. Pfizer, Inc. (5) IRA | C | Dividend | L | T | Buy (add'l) | 04/20/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | 153. Templeton Foreign Fund C (6) | | None | | | Sold | 11/29/10 | L | | |
| 19. | 159. Medco Health Solutions, Inc. (5)(42) IRA | | None | J | T | | | | | |
| 20. | 161. IShares MSCI Japan Index Fund (6) IRA | A | Dividend | K | T | | | | | |
| 21. | 162. Ishares MSCI EAFE Fund (6) IRA | B | Dividend | L | T | | | | | |
| 22. | 163. Allscripts Healthcare Shs Inc. (6) IRA | | None | K | T | | | | | |
| 23. | 165. BDP-Morgan Stanley Bank (47) | A | Interest | L | T | | | | | |
| 24. | 166. Royal Dutch Shell PLC(43) | B | Dividend | K | T | | | | | |
| 25. | 167. Norwin School Dist 5625 | B | Interest | | | Redeemed | 04/01/10 | K | | |
| 26. | 171. Royal Dutch Shell PLC(9)(44) | C | Dividend | L | T | | | | | |
| 27. | 173. BDP Morgan Stanley Bank (48) | A | Interest | K | T | | | | | |
| 28. | 176. New York Community Bancorp, Inc. (5) IRA | B | Dividend | | | Sold | 04/15/10 | K | | |
| 29. | 178. Whole Foods Markets, Inc. (5) IRA | | None | | | Sold | 05/25/10 | K | | |
| 30. | 182. Nuveen Global VLE Opport Fund | B | Dividend | K | T | | | | | |
| 31. | 183. Eaton Van Tax MNGD GLBL (9) | C | Dividend | K | T | Buy<br>(add'l) | 03/04/10 | K | | |
| 32. | 184. Morgan Stanley Bank (9) (46) | A | Interest | J | T | | | | | |
| 33. | 185. Nuveen Global VLE Opport Fund (9) | B | Dividend | K | T | | | | | |
| 34. | 186. Morgan Stanley Bank | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DUBOIS, JAN E. | 07/28/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 188. Walgreen Co (5) IRA | B | Dividend | L | T | | | | | |
| 36. 189. Starbuck Corp. Washington (5) IRA | A | Dividend | L | T | | | | | |
| 37. 191. MS Emerging Mkts Domestic Debt (9) | B | Dividend | K | T | | | | | |
| 38. 192. Discover Financial Services (49)(Trust) | A | Dividend | | | Sold | 09/27/10 | J | | |
| 39. 193. AT&T (50) | C | Dividend | L | T | | | | | |
| 40. 194. Teradata (51) | | None | J | T | | | | | |
| 41. 196. The Financial Sel Sect Spdr. FD (5) IRA | A | Dividend | K | T | | | | | |
| 42. 197. Manitek Intl Inc. Com. (53) | | None | K | T | Buy (add'l) | 01/05/10 | J | | |
| 43. 198. Sirius XM Radio, Inc. (5) IRA (54) | | None | K | T | | | | | |
| 44. 199. Ishares DJ US Real Estate Index (5) IRA | B | Dividend | | | Sold | 09/27/10 | L | D | |
| 45. 200. Blackrock Real Asset Equity (6) IRA | C | Dividend | | | Sold | 12/07/10 | K | D | |
| 46. 201. Blackrock GLBL OPP EQ TR (6) (55) IRA | B | Dividend | K | T | | | | | |
| 47. 202. Merge Healthcare, Inc. (6) | | None | J | T | Buy | 11/29/10 | J | | |
| 48. 203. Wisdom Tree Int'l Large CAP (DOL) (6) | A | Dividend | K | T | Buy | 11/29/10 | K | | |
| 49. 204. Ishares MSCI Emerging Mkts FD(6) | A | Dividend | K | T | Buy | 01/07/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(5) (Lines 58, 59, 64, 69, 102, 106, 120, 132, 134, 136, 137, 151, 152, 176, 177, 178, 179, 188, 189, 196, 198, 199) Securities in an IRA Account with Morgan Stanley.

(6) (Lines 161, 162, 163, 174. 200, 201, 202, 203, 204) Securities in [ ] IRA Account with Morgan Stanley.

(9) (Lines 80, 88, 125, 139, 171, 182, 183, 184, 185, 191, 192) Securities in [ ] Trust of which [ ] is co-trustee and income beneficiary.

(10) (Line 94) Checking Account - First Union changed name to Wachovia. Wachovia changed name to Wells Fargo.

(35) (Line 125) [ ] shares of Associates First Cap CP A exchanged for [ ] shares Citigroup.

(36) (Line 139) Spin-off from Ford Motor Company.

(38) (Lines 141 and 142) Spin-off from Bristol Myers-Squibb Company.

(42) (Line 159) Stock dividend distributed to Merck & Co Shareholders (Line 69).

(43) (Line166) [ ] shares of Royal Dutch Pete 2B exchanged for [ ] shares of Royal Dutch Shell PLC.

(44) (Line 171) [ ] shares of Royal Dutch Pete 2B exchanged for [ ] shares of Royal Dutch Shell PLC.

(46) (Line 186) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(47) (Line 165) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(48) (Line 173) Conversion from Active Assets Account to Bank Deposit Program ("BDP") - Morgan Stanley Bank.

(49) (Line 192) Stock dividend distributed by Morgan Stanley.

(50) (Line 193) AT&T acquired Bell South Corp.

(51) (Lines 99 and 194) Stock dividend distributed by NCR.

(52) (Line 195) Discover Bank name changed to Morgan Stanley Trust Bank

(53) (Lines 190 and 197) Ver-Tek Int'l Corp., changed its name to Manitek Int'l Inc. Com.

(54) (Lines 179 and 198) XM Satellite Radio Hldg. CL A - changed its name to Sirius XM Radio, Inc.

(55) (Lines 174 and 201) Exchanged [ ] shares of Blackrock World Invest Trust stock for [ ] shares of Blackrock Global Opportunity Equity Trust stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAN E. DUBOIS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544